IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-182-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | **ORDER** |
| ) | |
| TORRAN LEEHAN PHILLIPS (2) ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT upon the Government's Motion for Reconsideration of Order Granting Defendant's Motion for Reduction of Sentence [doc. 184]. For cause shown, this motion is **GRANTED.**

The Order dated May 8, 2008 [doc. 183] is hereby **RESCINDED.** The Government has until May 12, 2008 to file its response.

IT IS SO ORDERED.

Signed: May 9, 2008

Graham C. Mullen
United States District Judge